UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DARTS BROOKLYN BEY,

               Plaintiff,

        - against -

OFFICER BRENDAN CALDERONE, Badge No.
16893; THE CITY OF NEW YORK; OFFICER
BERARDI MICHAEL, Badge No. 13922,

               Defendants.

------------------------------------------------------------X

ORDER

No. 26-CV-3800 (HG) (JRC)

JAMES R. CHO, United States Magistrate Judge:

Plaintiff Darts Brooklyn Bey brings this action pro se pursuant to 42 U.S.C. § 1983.   (ECF No. 1.)   Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915 is granted. (ECF No. 2.)

The Clerk of Court is directed to issue a summons against the Defendants, and the United States Marshals Service is directed to serve the summons, Complaint, and this Order upon the Defendants, without prepayment of fees.

The Clerk of Court is further directed to mail a copy of this Order to Plaintiff and to the Corporation Counsel for the City of New York, Special Federal Litigation Division, noting the mailings on the docket.

For information regarding court procedures, Plaintiff may contact the Pro Se Office at the United States Courthouse by calling (718) 613-2665.   Plaintiff may also contact the Federal Pro Se Legal Assistance Project (212) 382-4729 or https://www.citybarjusticecenter.org/projects/federal-

pro-se-legal-assistance-project) of the City Bar Justice Center for free, confidential, limited-scope

legal assistance.

SO ORDERED

_s/ James R. Cho_____

JAMES R. CHO
United States Magistrate Judge

Dated: Brooklyn, New York
        July 2, 2026

2